In the Matter of ACORN EMPLOYMENT SERVICE, INC., Respondent, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Appellant.

Argued October 3, 1945; decided October 25, 1945.

*Ignatius M. Wilkinson, Corporation Counsel* (*Richard L. Baltimore, Jr.,* of counsel), for appellant.

*William E. Vogel* and *Frank X. O'Donnell, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.